USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/3/2020_

**U.S. Department**

*United States A*
*Southern Distri*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2020

BY ECF

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE: *United States v. Eva Christine Rodriguez and Sergio Lorenzo Rodriguez*
           20 Cr. 513 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter, with the defense's consent, to request a two-week extension of the deadline to complete Rule 16 discovery, to December 18, 2020. The current deadline is set for December 4, 2020. This request is made because special software is required to download extracted data from approximately three computers belonging to one of the defendants, and the United States Postal Inspection Service's computer lab will not have access to that software until next week. The Government has been producing discovery on a rolling basis and, with the exception of the data requiring special software, will produce all other Rule 16 discovery by December 4th. If this request is granted, the Government would consent to a corresponding two-week adjournment of the next status conference, to February 15, 2020, so that the defense would have sufficient time to review discovery and decide what motions, if any, to make.

                                                    Respectfully submitted,

                                                    AUDREY STRAUSS
GRANTED. By **December 18, 2020**, the          Acting United States Attorney
Government shall produce all discovery. The     Southern District of New York
status conference scheduled for February 1,
2021, is ADJOURNED to **February 15, 2021**,    By:    /s/ Sarah Lai
at **2:00 p.m.** Time until February 15, 2021, is         Sarah Y. Lai
excluded under the Speedy Trial Act, 18 U.S.C.       Assistant United States Attorney
§ 3161(h)(7), because the ends of justice served       Tel: (212) 637-1944
by excluding such time outweigh the interests of
the public and Defendant in a speedy trial in that
this will permit counsel additional time to
review discovery and determine if there are
pretrial motions to file.

SO ORDERED.

Dated: December 3, 2020
       New York, New York

                                        ANALISA TORRES
                              United States District Judge