USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2021

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Stre[et]
Tel: _____

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 5, 2021

**BY ECF**

The Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Eva Christine Rodriguez and Sergio Lorenzo Rodriguez**
       **20 Cr. 513 (AT)**

Honorable Judge Torres:

Defense counsel for Eva Christine Rodriguez and Sergio Lorenzo Rodriguez jointly respectfully submit this letter, with the Government's consent, to request a two-month adjournment of the status conference in the above-captioned case, currently scheduled for February 17, 2021. An adjournment is necessary in order for counsel to continue reviewing the Government's discovery production and to discuss possible pretrial dispositions.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marne L. Lenox
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

GRANTED. The conference scheduled for February 17, 2021, is ADJOURNED to **April 21, 2020**, at **1:00 p.m**. Time until April 21, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will permit counsel additional time to review discovery and determine if there are pretrial motions to file.

SO ORDERED.

Dated: February 8, 2021
       New York, New York

ANALISA TORRES
United States District Judge