USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ,
a/k/a "Christina Rodriguez,"
a/k/a "Elizabeth Christina Powers,"
a/k/a "Elizabeth Christina Davis,"
a/k/a "Christina Elizabeth Davis,"
a/k/a "Christina Anderson,"
and
SERGIO LORENZO RODRIGUEZ,
a/k/a "Sergio Lawrence,"
a/k/a "Michael Lara,"

Defendants.

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference set for October 20, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: October 15, 2021
       New York, New York

ANALISA TORRES
United States District Judge