```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ,
a/k/a "Christina Rodriguez,"
a/k/a "Elizabeth Christina Powers,"
a/k/a "Elizabeth Christina Davis,"
a/k/a "Christina Elizabeth Davis,"
a/k/a "Christina Anderson,"
and
SERGIO LORENZO RODRIGUEZ,
a/k/a "Sergio Lawrence,"
a/k/a "Michael Lara,"

Defendants.

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference in this case on **October 27, 2021**, at **10:40 a.m.** The time until October 27, 2021, is excluded under the Speedy Trial Act, U.S.C. § 3161 (h)(7){A}, in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendants in a speedy trial, in order to facilitate a possible pretrial disposition of this matter.

    SO ORDERED.

Dated: October 21, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge