UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _10/25/2021_____
```

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ,
a/k/a "Christina Rodriguez,"
a/k/a "Elizabeth Christina Powers,"
a/k/a "Elizabeth Christina Davis,"
a/k/a "Christina Elizabeth Davis,"
a/k/a "Christina Anderson,"
and
SERGIO LORENZO RODRIGUEZ,
a/k/a "Sergio Lawrence,"
a/k/a "Michael Lara,"

                    Defendants.

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Concerning Defendant Eva Christine Rodriguez, the status conference scheduled for October 27, 2021, is ADJOURNED to **November 3, 2021**, at **1:00 p.m.**

The time until November 3, 2021, is excluded under the Speedy Trial Act, U.S.C. § 3161 (h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendants in a speedy trial, in order to facilitate a possible pretrial disposition of this matter.

Concerning Defendant Sergio Lorenzo Rodriguez, the status conference scheduled for October 27, 2021, is ADJOURNED to a change of plea proceeding on **November 15, 2021**, at **11:30 a.m.**

The time until November 15, 2021, is excluded under the Speedy Trial Act, U.S.C. § 3161 (h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendants in a speedy trial, in order to facilitate a possible pretrial disposition of this matter.

Under the terms of Section 15002(b)(2) of the CARES Act, Pub. L. No. 116-136 (2020), the Judicial Conference of the United States has found that emergency conditions due to the national emergency declared by the President with respect to COVID-19 materially have affected and will materially affect the functioning of the federal courts, and the Chief Judge of this district has entered an order finding that "felony pleas under Rule 11 of the Federal Rules of Criminal Procedure [and] felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure . . . cannot . . . be conducted in person without seriously jeopardizing public health and safety," and authorizing such proceedings to be conducted by "video teleconferencing, or telephone conferencing if video conferencing is not reasonably available . . . with the consent of the defendant . . . after consultation

with counsel and upon a finding by the presiding judge that the proceeding cannot be further delayed without serious harm to the interests of justice." *In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6.

Defendant's counsel having represented to the Court that Defendant consents to this change of plea being conducted via videoconference, the Court finds that this proceeding cannot be further delayed without serious harm to the interests of justice because it will result in the expeditious resolution of this matter, without the need to expend substantial court resources and the possibility of a lengthy delay before a jury trial can be conducted.  Accordingly, pursuant to Section 15002(b)(2)(A) of the CARES Act, the change of plea hearing shall proceed by videoconference.

Members of the press and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: October 25, 2021
         New York, New York

_____
ANALISA TORRES
United States District Judge

2