USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/8/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ,
a/k/a "Christina Rodriguez,"
a/k/a "Elizabeth Christina Powers,"
a/k/a "Elizabeth Christina Davis,"
a/k/a "Christina Elizabeth Davis,"
a/k/a "Christina Anderson,"
and
SERGIO LORENZO RODRIGUEZ,
a/k/a "Sergio Lawrence,"
a/k/a "Michael Lara,"

                              Defendants.

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The joint change of plea hearing scheduled for November 15, 2021, is ADJOURNED to **November 17, 2021**, at **2:30 p.m.**

The joint plea hearing shall proceed by the Court's videoconference system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Sept. 15, 2021), ECF No. 7 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: November 8, 2021
       New York, New York

ANALISA TORRES
United States District Judge