UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ and
SERGIO LORENZO RODRIGUEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/12/2021_

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

A substitution of counsel hearing will be held for Defendant Eva Christine Rodriguez on **November 15, 2021**, at **12:30 p.m.**

The change of plea hearing scheduled for Defendant Sergio Lorenzo Rodriguez on November 17, 2021, is ADJOURNED *sine die*.

The status conference for Defendant Eva Christine Rodriguez set for November 15, 2021, at 12:30 p.m. is ADJOURNED to **November 15, 2021**, at **1:00 p.m.** The Court will also hold a status conference for Defendant Sergio Rodriguez at the same time.

The substitution of counsel hearing and the status conference shall proceed by the Court's videoconference system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Sept. 15, 2021), ECF No. 7 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely."). Chambers has provided the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceedings. For the status conference only, all co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: November 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge