Case 1:20-cr-00513-AT   Document 49   Filed 01/03/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Eva Christine Rodriguez    Defendant(s).
-----------------------------------------------------------X

CONSENT TO PROCEED BY
VIDEOCONFERENCE

20 -CR- 513 (AT)(__)

Defendant **Eva Christine Rodriguez** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Eva Christine Rodriguez_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Eva Christine Rodriguez
Print Defendant's Name

_/s/ Robert M. Radick_
Defense Counsel's Signature

Robert M. Radick
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

January 3, 2022
Date

_/s/_
U.S. District Judge/U.S. Magistrate Judge