UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ and
SERGIO LORENZO RODRIGUEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/7/2022_

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Defendants' motions filed on February 4, 2022. ECF No. 52. Accordingly,

1. By **February 25, 2022**, the Government shall file its opposition to Defendants' motions, and

2. By **March 11, 2022**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: February 7, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge