```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/9/2022____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ,

                Defendant.

20 Cr. 513-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic. Under the system, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed if the primary case does not go forward.

    On November 22, 2021, the parties provided their availability for trial in the second calendar quarter of 2022. The Court accordingly requested a jury trial based on the parties' availability. The Clerk's Office has notified the Court that this case has been scheduled as the primary back up case for **May 23, 2022**. The case will proceed if the primary case does not go forward. Moreover, because there is a strong possibility that multiple juries will be selected on any given date, this trial will likely go forward even if the primary case goes forward.

    **The case must therefore be trial ready on May 23, 2022.** As soon as the Court confirms whether the matter will proceed on May 23, 2022, it will inform the parties.

    Accordingly, the pretrial order, ECF No. 51, is amended as follows:

1. By **March 29, 2022**, the parties shall submit joint proposed *voir dire* questions, requests to charge, and verdict forms. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed *voir dire* questions a brief description of the case and a list of names and places likely to be mentioned at trial, both of which will be read to prospective jurors during jury selection. At the time of filing, the parties shall e-mail these materials, as Microsoft Word documents, to Torres_NYSDChambers@nysd.uscourts.gov.

2. By **April 1, 2022**, the parties shall provide the Court with an updated estimate of the length of trial.

3. By one week after the Court issues an opinion on the motion to suppress, the parties shall file any motions *in limine*. Oppositions shall be due one week after. No reply briefs shall be permitted.

4. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

5. The final pretrial conference scheduled for May 10, 2022, is ADJOURNED to **May 17, 2022**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/covid-19-coronavirus.

All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

SO ORDERED.

Dated: March 9, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge