USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2022

## MORVILLO ABRAMOWITZ GRAND IASON &

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

rradick@maglaw.com
broantree@maglaw.com
(212) 880-9600

PAUL R. GRAND
―――
COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
―――
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 10, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Eva Christine Rodriguez, et al.*, Case No. 20-Cr.-00513 (AT)

Dear Judge Torres:

      We are writing to inform the Court that defendant Eva Christine Rodriguez is in ongoing plea discussions with the government. Given that we anticipate a resolution of this matter through a guilty plea that, depending on the Court's schedule, we expect can occur next week, we respectfully request that the deadline for our reply on our pending motions to suppress, which is currently due by the end of the day tomorrow, be extended to Friday, March 18, 2022. We expect that such an extension will prevent unnecessary briefing in a situation in which we anticipate a guilty plea next week, and in any event such an extension will permit us the additional time necessary to finalize our papers. The government has advised us that it consents to this request.

GRANTED.

SO ORDERED.

Dated: March 10, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge