USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/16/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA              :      **ORDER**

      v.                            :      20 Cr. 513 (AT)

EVA CHRISTINE RODRIGUEZ,              :
    a/k/a "Christina Rodriguez,"
    a/k/a "Elizabeth Christina,"     :
    a/k/a "Elizabeth Powers,"
    a/k/a "Elizabeth Christina Davis,"  :
    a/k/a "Christina Elizabeth Davis,"
    a/k/a "Christina Anderson,"      :

              Defendant.        :

------------------------------------X

    WHEREAS, the defendant Eva Christine Rodriguez and the Government request that the Court authorize a plea proceeding by video teleconference under Section 15002(b) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), which allows for felony plea proceedings to be held via video teleconference when the district judge "in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice";

    WHEREAS, the Chief Judge in this District has authorized the use of video conferencing for felony pleas. *See In re Coronavirus/COVID-19 Pandemic,* Seventh Amended Standing Order, 20 Misc. 176 (CM) (S.D.N.Y. Dec. 22, 2021);

    WHEREAS, the defendant is not located within this judicial district and requiring her to travel to this district might increase the risk of her exposure to coronavirus;

    WHEREAS, further delay of the defendant's plea proceeding will prevent the parties from resolving this matter expeditiously;

WHEREAS, conducting the plea remotely promotes judicial economy, enables the government and the Court to allocate resources efficiently, and avoids adding to the existing backlog of cases in the federal court system;

IT IS HEREBY ORDERED that the plea in this case can be conducted remotely because it cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated: March 16, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge