UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -against-

EVA CHRISTINE RODRIGUEZ,

                               Defendant.
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-513 (AT)

Defendant Eva Christine Rodriguez hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_X_ Change of Plea Proceeding/Entry of Guilty Plea

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Eva Christine Rodriguez
Print Defendant's Name

_____
Defendant's Counsel's Signature

Robert M. Radick
Bronwyn C. Roantree
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/17/2022
Date

_____
U.S. District Judge/U.S. Magistrate Judge