```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/8/2022____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA           :        **ORDER ACCEPTING**
:        **PLEA ALLOCUTION**
-v.-                               :
:
EVA CHRISTINE RODRIGUEZ,           :        20 Cr. 513 (AT)
   a/k/a "Christina Rodriguez,"    :
   a/k/a "Elizabeth Christina Powers," :
   a/k/a "Elizabeth Christina Davis," :
   a/k/a "Christina Elizabeth Davis," :
   a/k/a "Christina Anderson,"      :
:
                      Defendant.     :
:
------------------------------------X

WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on March 17, 2022;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: April 8, 2022
      New York, New York

                                                  _____
                                                      ANALISA TORRES
                                                  United States District Judge