```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/13/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ and
SERGIO LORENZO RODRIGUEZ,

Defendants.

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this case scheduled for July 12, 2022, is ADJOURNED to **September 21, 2022**, at **3:00 p.m.** Defendants' submissions are due two weeks before sentencing. The Government's submissions are due one week before sentencing. Sentencing shall proceed by the Court's videoconference system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 14, 2021), ECF No. 8 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely"). Chambers shall provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceedings. All co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: June 13, 2022
       New York, New York

ANALISA TORRES
United States District Judge