UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ and SERGIO LORENZO RODRIGUEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2022

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated September 10 and 12, 2022, concerning the sentencing scheduled for September 21, 2022, at 3:00 p.m. ECF Nos. 84–86. The sentencing scheduled for September 21, 2022, is ADJOURNED to **December 13, 2022**, at **12:00 p.m.** Defendants' submissions are due two weeks before sentencing, on **November 29, 2022**. The Government's submissions are due one week before sentencing, on **December 6, 2022**. Sentencing shall proceed by the Court's videoconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 14, 2021) (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely"). Chambers shall provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceedings. All co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

Further, the Government's request for Ms. Eva Christine Rodriguez's medical records is GRANTED. By **November 1, 2022**, counsel for Ms. Rodriguez shall provide the Government with the medical records relied upon for sentencing purposes.

SO ORDERED.

Dated: September 13, 2022
New York, New York

ANALISA TORRES
United States District Judge