UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ and SERGIO
LORENZO RODRIGUEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2022

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 19, 2022, the Court will no longer have the authority to conduct sentencings remotely under the Coronavirus Aid, Relief, and Economic Security Act.[1] Accordingly, the sentencings scheduled for December 13, 2022, at 12:00 p.m. will be held in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 16, 2022
New York, New York

ANALISA TORRES
United States District Judge

---

[1] Notice, Office of the District Court Executive, SDNY Announces Termination of Authorization to Conduct Criminal Proceedings Remotely Pursuant to the Coronavirus Aid, Relief, and Economic Security ("CARES") Act (Nov. 14, 2022), https://www.nysd.uscourts.gov/sites/default/files/2022-11/Notice%20to%20the%20Bar%20Cares%20Act%20Expiring%2011.14.pdf.