UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

EVA CHRISTINE RODRIGUEZ and SERGIO LORENZO RODRIGUEZ,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2022

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Eva Christine Rodriguez's letter dated November 18, 2022, and Defendant Sergio Lorenzo Rodriguez's letter dated November 24, 2022. ECF Nos. 91–92. Defendants shall file their letters by **November 29, 2022**. The Government shall file its response by **December 1, 2022**.

    SO ORDERED.

Dated: November 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge