```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EVA CHRISTINE RODRIGUEZ and SERGIO LORENZO RODRIGUEZ,

Defendants.

20 Cr. 513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant, Eva Christine Rodriguez's ("Defendant"), and the Government's letters dated November 29 and December 6, 2022. ECF Nos. 96, 100, 102. Defendant filed a sentencing submission and exhibits containing redactions because they contain "information that falls within the scope of the privacy-related provisions of the [Southern District of New York] Electronic Case Filing Rules & Instructions." ECF No. 96 at 1 n.1. Defendant requests "that the unredacted version of th[e] letter be deemed under seal." *Id.* In its sentencing submission for Defendants Eva Christine Rodriguez and Sergio Lorenzo Rodriguez, the Government redacted information related to victim impact statements. ECF No. 100; *see also* ECF No. 102. The Government requests that it "be permitted to file copies of the [v]ictim [i]mpact [s]tatements with all personal identifying information (including names) redacted[.]" ECF No. 100 at 1; *see also* ECF No. 102 at 1.

The Court concludes that Defendant and the Government have met their burden to establish that sealing of certain material in their letters is warranted. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Accordingly, Defendant's request that the unredacted version of her letter submission be deemed under seal is GRANTED, and the Government's request that it be permitted to file copies of victim impact statements with all personal identifying information redacted is GRANTED. The Court shall file unredacted copies of Defendant's and the Government's submissions under seal.

SO ORDERED.

Dated: December 15, 2022
New York, New York

ANALISA TORRES
United States District Judge