UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

EVA CHRISTINE RODRIGUEZ,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __5/21/2026__

20 Cr. 513-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the letter filed at ECF No. 150.  Accordingly, the C.J.A. attorney, Esereosonobrughe Joy Onaodowan, is hereby ordered to assume representation of the defendant, Eva Christine Rodriguez, in the above-captioned case effective today.

The Clerk of Court is respectfully directed to terminate Attorneys Robert Martin Radick and Bronwyn Conwell Roantree from the docket.  Attorney Esereosonobrughe Joy Onaodowan shall promptly enter an appearance.

SO ORDERED.

Dated: May 21, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge